UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-10044-CIV-MARTINEZ-BROWN**

THE COUNTY OF MONROE, FLORIDA,

      Plaintiff,

vs.

PRICELINE.COM, INC.;
LOWESTFARE.COM, INC.; TRAVEL WEB
LLC; TRAVELPORT AMERICAS, LLC; TRIP
NETWORK, INC. (d/b/a CHEAP TICKETS,
INC.); ORBITZ, LLC; ORBITZ
WORLDWIDE, INC.; INTERNETWORK
PUBLISHING CORP. (b/d/a Lodging.com);
EXPEDIA, INC.; HOTELS.COM, L.P.;
HOTELS.COM; HOTWIRE, INC.;
TRAVELNOW.COM, INC.;
TRAVELOCITY.COM LP; and SITE59.COM,
LLC;,

      Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

      This MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal without

Prejudice **(D.E. No. 10)**, filed on June 25, 2008.  It is:

      **ADJUDGED** that this action is **DISMISSED without prejudice**.  It is also:

      **ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is

**CLOSED**.

      DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of June, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record